UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DILLARD,<br><br>　　　　　Defendant. | 1:16-cv-00738-BAM-PC<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 8) |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

　　　　On June 20, 2016, plaintiff filed an application to proceed in forma pauperis. (ECF No. 8.) On June 10, 2016, the Court granted plaintiff's previous application to proceed in forma pauperis. (ECF No. 7.)  Plaintiff's later motion to proceed in forma pauperis is therefore moot.

　　　　Accordingly, IT IS HEREBY ORDERED THAT plaintiff's motion to proceed in forma pauperis filed on June 20, 2016, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

　　　Dated:　**July 21, 2016**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1